IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE OCKER                                                                     PLAINTIFF

v.                                    NO. 4:13-cv-00716KGB

LAW OFFICE OF STEPHEN P. LAMB                                         DEFENDANT

### ORDER OF DISMISSAL

On the Motion of the Plaintiff, the Complaint filed herein is hereby dismissed with prejudice.

_____
HONORABLE KRISTINE G. BAKER

March 13, 2014
DATE

APPROVE AS TO FORM:

_____
JR Andrews, AR Bar No 92041
COOK LAW FIRM, P.A.
8114 Cantrell Rd, Ste 100
Little Rock, AR 72227
Telephone: (501) 255-1500
Facsimile: (501) 255-1116